CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 06 2020

JULIA C. DOOLEY CLERK
BY:
DEPUTY CLERK

United States District Court
Western District of Virginia
Roanoke Division

Marcus L. Carnes,
            Plaintiff,

v.

S. Bryson,
            Defendant.

7:20-cv-00267

Honorable Pamela Meade Sargent

Honorable James P. Jones

## PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF UNDER FIRST AMENDMENT

Now COMES Marcus L. Carnes, the Plaintiff respectfully before this Honorable Court. Plaintiff moves the Court for injunctive relief under the First Amendment to the U.S. Constitution. In support thereof, plaintiff offers the following:

1. He has orally requested flex pens from the SHU Lieutenant since early March to prepare legal documents, specifically the civil complaint Att No. 1, filed in this action but was told the SHU Lt. did not have any more.

2. Plaintiff has requested flex pens from the Warden, as have several other inmates, orally during the Warden's weekly SHU inspection, and have only been told the Warden is "not sure what the reason is" that the flex pens were not being issued for legal work.

3. If not but for another prisoner volunteering his very low flex pen, and remnant pieces of pencil lead, plaintiff would not have been able to draft the complaint, affidavit nor this motion in legible text.

USP Lee issues flex pencils to SHU inmates that are not rigid enough to write with, do not write dark enough to sustain being scanned and/or photo copied. Plaintiff cannot effectively prosecute this action as is.

4. Specifically, this motion is written with lead from a wooden pencil fastened to a rolled up piece of paper. The text of a flex pencil is as follows:

Thus, USP Lee is unequivocally denying SHU inmates their First Amendment right to redress of grievances from prison authorities and a prisoner's right of meaningful access to the courts by issuing useless, ineffective, and unimprovable flex pencils so they may not comply with the BOP's administrative remedy process (writing in dark ink only) nor access the courts in a meaningful manner. See, Jones v. Williams, 791 F. 3d 1023, 1035 (9th Cir 2015); Rhodes v. Robinson, 408 F. 3d 559, 567-568 (9th Cir 2005) (explaining five elements of First Amendment retaliation).

Therefore, plaintiff seeks an injunction against the BoP, specifically USP Lee that requires immediate issuance of flex pens to SHU inmates with pending litigation in federal court or state court.

WHEREFORE plaintiff prays this Honorable Court grants this motion and the relief requested.

Respectfully Submitted,

Date: 05/03/20    x Marcus Carnes

Marcus L. Carnes

②

Marcus L. Carnes
48107074
United States Penitentiary Lee
P. O. Box 305
Jonesville, Virginia 24263



Special/Legal
Mail

C/o: Clerk,
U.S. District Court
210 Franklin Road, SW
Suite 540
Roanoke, Virginia 24011-220

KNOXVILLE TN 377

24011-000340